# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TROY CROSLAND, BROOKS HOUGHTON, and BRYAN LUND,<br><br>               Plaintiffs,<br><br>v.<br><br>CHRISTOPHER D. HALES and CANDACE KANAHELE,<br><br>               Defendants. | **ORDER DISMISSING PLAINTIFFS' COMPLAINT WITH PREJUDICE**<br><br>Case No. 2:20-cv-612-JNP-DBP |

On May 30, 2023, the court held a status conference on this case. Plaintiffs orally moved to dismiss the case with prejudice. Defendants did not object. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the court orders that this action be dismissed with prejudice.

DATED May 30, 2023.

BY THE COURT:

_____
JILL N. PARRISH

United States District Court Judge